

# THE ATTORNEY GENERAL
# OF TEXAS

GERALD C. MANN

~~BION DICK SHEPPERD~~
**ATTORNEY GENERAL**

**AUSTIN 11, TEXAS**

Honorable Joe E. Webb
County Attorney
Madison County
Madisonville, Texas

Dear Sir:

Opinion No. O-1949
Re: State banks -- County deposi-
tory -- F. D. I. C. -- Insur-
ance -- Maximum insurance of
individual accounts.

We have your letter of February 7, 1940, in which you ask the rul-
ing of this department upon questions therein stated, as follows, to-wit:

"The County depository of Madison County, Texas, was the
North Zulch State Bank, located in Madison County in the town
of North Zulch. Deposits up to $5000.00 were guaranteed by
the Federal Deposit Insurance Corporation. This bank closed
on January 4, 1940, and a liquidating agent of the State Bank-
ing Department and officials of the Federal Deposit Insurance
Corporation immediately took charge.

"The F. D. I. C., as guarantor, has offered to the County
Superintendent the sum of $5000.00, taking the position that
the several account balances of various schools and of various
other funds for school purposes comprise only one insurable ac-
count within the meaning of the F. D. I. C. Act, and that,
therefore, the payment of $5000.00 by the F. D. I. C. complete-
ly discharges its insurance liability as to school funds. The
County Superintendent has declined to accept this $5000.00 of-
fered by the F. D. I. C. Each and all of the schools affected
as well as the school funds under consideration are common
school districts.

"A list of all accounts involved is attached hereto and
made a part hereof. The names of the several accounts are the
same as appear on the bank books and the records of the County
School officials. Each of these accounts was carried separate-
ly, and on a separate sheet by the bank, also by the County
School officials.

"Is each Common School District a separate governmental entity?

"Is each Independent School District a separate governmental entity?

"Does the money in any account listed under Madison County Board of Education held in trust or otherwise, enjoy such actual separate ownership as to entitle it to separate insurance under the terms of the F. D. I. C. Act? In this connection the term 'County Board of Education' means the same as 'Board of County School Trustees'."

Our opinion No. 0-1948 recently rendered to you has discussed quite fully the principles of law applicable to the questions propounded by you in this particular inquiry, and a further discussion is not thought to be necessary.

In this, as in your other letter of inquiry, you state that each of these accounts was carried separately, and on a separate sheet by the bank.

Our opinion No. 0-1948 answers, we think, all of your inquiries, and no useful purpose could be subserved by making a detailed application of the law, as therein announced, to the particular fund or account listed in the sheet appended to your letter of inquiry.

Very truly yours

ATTORNEY GENERAL OF TEXAS


By /s/ Ocie Speer
      Ocie Speer
      Assistant

OS-MR-LM


APPROVED FEB 15, 1940

/s/ Gerald C. Mann

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY /s/ BWB
CHAIRMAN